JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

MICHAEL SHAWN M.,[1]

          Plaintiff,

   v.

KILOLO KIJAKAZI, ACTING
COMMISSIONER OF SOCIAL SECURITY,

          Defendant.

Case No. 2:20-cv-11131-PD

**JUDGMENT**

    Pursuant to the Court's Memorandum Opinion and Order,

    IT IS HEREBY ADJUDGED that the decision of the Administrative Law Judge is Reversed and this matter is Remanded to the Social Security Administration on an open record for further proceedings consistent with the Court's Order.

DATED:  November 10, 2022

_Patricia Donahue_
_____
HON. PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff's name is partially redacted in accordance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the United States Judicial Conference.